UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ARTAVIOUS BERNARD MALONE,

    Plaintiff,

v().                                          Case No. 5:23-cv-74-MCR/MJF

SELENA WYNN,

    Defendant.
_____/

# **O R D E R**

The Magistrate Judge issued a Report and Recommendation dated November 20, 2024. ECF No. 81. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has conducted a *de novo* review of the timely filed objections. ECF No. 83.

Having considered the Report and Recommendation, and all timely filed objections thereto, the undersigned has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 81, is adopted and incorporated by reference in this order.

2. Defendant's Motion to Dismiss, ECF No. 61, is **DENIED**.

3. The action is referred back to the Magistrate Judge for further proceedings.

**DONE and ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 5:24cv20/MCR/MAL